UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>                     Plaintiffs,<br><br>   v.<br><br>DOES 1 - 8,<br><br>                     Defendants. | Civil Action No.: 07-0987 (PLF) |

## NOTICE OF DISMISSAL OF DOE # 8 WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs WARNER BROS. RECORDS INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #8, also identified as ID #127291099 with IP address 72.94.161.246 2007-04-30 07:46:17 EDT, each party to bear its/his own fees and costs.

                                                    Respectfully submitted,

Dated:     September 18, 2007          **/s/**
                                                    Matthew J. Oppenheim (D.C. Bar No. 443698)
                                                    Oppenheim Group
                                                    7304 River Falls Drive
                                                    Potomac, MD  20854
                                                    (301) 299-4986

                                                    Attorney for Plaintiffs