UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>         Plaintiffs,<br><br>  v.<br><br>DOES 1 - 8,<br><br>         Defendants. | Civil Action No.:  07-0987 (PLF) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs WARNER BROS. RECORDS INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Does 1-8, each party to bear its/his own fees and costs.  The Clerk of Court is respectfully requested to close this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 17, 2007 | **/s/**<br>Matthew J. Oppenheim (D.C. Bar No. 443698)<br>Oppenheim Group<br>7304 River Falls Drive<br>Potomac, MD  20854<br>(301) 299-4986 |
|  | Attorney for Plaintiffs |